NICHOLAS C. NEWERF et al., Respondents, *v.* THOMAS A. JEBB et al., Appellants.

(Argued April 29, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 23, 1891, which affirmed a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*Spencer Clinton* for appellants.

*Henry H. Seymour* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____